

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### NOTICE OF ORDER ON MOTION

Cause number:       01-09-00437-CR

Style:       Gerald Hayes

       **v** The State of Texas

Date motion filed[*]:       February 4, 2013

Type of motion:       Motion to Extend Time to File Brief

Party filing motion:       Appellant

Document to be filed:       Appellant's brief

If motion to extend time:

       Deadline to file document:       February 4, 2013

       Number of previous extensions granted:       2

       Length of extension sought:       45 days, until March 21, 2013

Ordered that motion is:

       ☑        Granted
             If document is to be filed, document due:

             ☐    The Clerk is instructed to file the document as of the date of this order
             ☐    Absent extraordinary circumstances, the Court will not grant additional motions to extend time

       ☐        Denied

       ☐        Dismissed (*e.g.*, want of jurisdiction, moot)

Judge's signature: /s/ Sherry Radack
             ☑ Acting individually      ☐ Acting for the Court

Panel consists of _____

Date: February 7, 2013

November 7, 2008 Revision